# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Frederick Doyle and Jody Doyle**
    Plaintiff(s)

vs.                      CASE NUMBER: 5:23-cv-1467

**Town of Manlius, New York, John Deer,
Sara Bollinger, Elaine Denton, Katelyn Kriesel,
William Nicholson, Heather Waters**
    Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:   ORDERED that Defendants motion to dismiss is GRANTED in part and DENIED in part; Plaintiffs federal-law claims (Counts One, Three, Six) are DISMISSED; and Plaintiffs state-law claims (Counts Two, Four, Five, Seven, Eight, and Nine) are REMANDED to Supreme Court, Onondaga County.

All of the above pursuant to the order of the Honorable **David N. Hurd**, dated March 26, 2024.

DATED: March 27, 2024

*John Domurad*
Clerk of Court

s/Kathy Rogers
Deputy Clerk